# NO. 12-18-00183-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GEORGIA PATRICK LEWIS, AKA GEORGIA P. LEWIS, AKA GEORGIA LEWIS, AKA GEORGIA MAE LEWIS, AKA GEORGIA M. LEWIS, GEORGIA LEWIS, INDIVIDUALLY DBA DRAYCATAN ELECTRIC,* | § | *APPEAL FROM THE 145TH* |
| *APPELLANT* | § | *JUDICIAL DISTRICT COURT* |
| *V.* | | |
| *ELLIOTT ELECTRIC SUPPLY, INC., APPELLEE* | § | *NACOGDOCHES COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

This appeal is being dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.3(c).

On July 10, 2018, the Clerk of this Court notified Appellant that the filing fee in this appeal is due. *See* TEX. R. APP. P. 5. Appellant was informed that failure to remit the filing fee on or before July 20, 2018, would result in the Court's taking appropriate action, including dismissal of the case without further notice. *See* TEX. R. APP. P. 42.3(c). The date for remitting the filing fee has passed, and Appellant has not complied with the Court's request.

Because Appellant has failed, after notice, to comply with Rule 5, the appeal is *dismissed*. *See* TEX. R. APP. P. 42.3(c).

Opinion delivered July 31, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**JULY 31, 2018**

**NO. 12-18-00183-CV**

**GEORGIA PATRICK LEWIS, AKA GEORGIA P. LEWIS, AKA GEORGIA LEWIS, AKA GEORGIA MAE LEWIS, AKA GEORGIA M. LEWIS, GEORGIA LEWIS, INDIVIDUALLY DBA DRAYCATAN ELECTRIC,**
Appellant
V.
**ELLIOTT ELECTRIC SUPPLY, INC.,**
Appellee

Appeal from the 145th District Court

of Nacogdoches County, Texas (Tr.Ct.No. C1733067)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*